UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEIFER CASTERLIN,

    Plaintiff,

v.                                                       Case No.  8:11-cv-1387-T-30MAP

MARBLE RENEWAL, INC., et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Notice of Dismissal of Claims With Prejudice (Dkt. #4).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 25, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1387.dismiss 4.wpd